**No. 10-6061. Natanael De La Paz-Rentas, Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 367, 178 L. Ed. 2d 237, 2010 U.S. LEXIS 7446.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 613 F.3d 18.

**No. 10-6064. Felipe J. Perales, Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 367, 178 L. Ed. 2d 237, 2010 U.S. LEXIS 7267.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 370 Fed. Appx. 967.

**No. 10-6065. Russell D. Smith, Petitioner v. Department of Homeland Security.**

562 U.S. 944, 131 S. Ct. 367, 178 L. Ed. 2d 237, 2010 U.S. LEXIS 7286.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 387 Fed. Appx. 2.

**No. 10-6067. Martin T. Williams, Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 367, 178 L. Ed. 2d 237, 2010 U.S. LEXIS 7359.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 612 F.3d 500.

**No. 10-6071. Akande L. Johnson, Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 367, 178 L. Ed. 2d 237, 2010 U.S. LEXIS 7200.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 980 A.2d 1174.

**No. 10-6072. Roy Joe Ben Thurston, Jr., Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 368, 178 L. Ed. 2d 237, 2010 U.S. LEXIS 7541.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 380 Fed. Appx. 752.

**No. 10-6081. Roosevelt Simmons, Petitioner v. United States.**

562 U.S. 944, 131 S. Ct. 368, 178 L. Ed. 2d 237, 2010 U.S. LEXIS 7135.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 323.